UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

           -against-

JOHN ULRICH,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/5/2019__

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant having filed pretrial motions, ECF No. 23, the status conference scheduled for September 3, 2019 is ADJOURNED to **November 7, 2019**, at **12:00 p.m.**

    SO ORDERED.

Dated: August 5, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge