USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_10/31/2019\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOHN ULRICH,

                         Defendant.

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The status conference scheduled for November 7, 2019, at 12:00 p.m. is RESCHEDULED to **November 7, 2019**, at **11:00 a.m.**

       SO ORDERED.

Dated: October 31, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge