UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JOHN ULRICH,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_11/26/2019\_\_\_

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for November 26, 2019 is ADJOURNED to **December 12, 2019**, at **3:30 p.m.** for a change of plea hearing.

    SO ORDERED.

Dated: November 26, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge