

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

March 31, 2020

***VIA ECF***
Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        **Re: United States v. John Ulrich**
           **Docket No.: 2019 cr 107 (AT)**

Dear Judge Torres:

  I am writing to respectfully request a 60-day adjournment of Mr. Ulrich's sentencing due to the COVID-19 pandemic. The sentencing is presently scheduled for April 23, 2020. I have been in communication with Assistant United States Attorney Eli Marks and he has consented to this request.

  Thank you for your consideration.

              Respectfully submitted,

              *Michael K. Burke*
              Michael K. Burke

MKB: sg