UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JOHN ULRICH,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_4/13/2020\_\_\_

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the COVID-19 pandemic, the sentencing scheduled for April 23, 2020 is ADJOURNED to **June 25, 2020**, at **11:00 a.m.** Defendant's sentencing submission is due two weeks prior to sentencing, and the Government's submission is due one week prior to sentencing.

    SO ORDERED.

Dated: April 13, 2020
       New York, New York

                                                  ANALISA TORRES
                                                United States District Judge