

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/9/2020
```

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

June 8, 2020

**VIA ECF**

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    **United States v. John Ulrich**
                   **Docket No.: 2019 cr 107 (AT)**

Dear Judge Torres:

    I am writing to respectfully request a 30-day adjournment of Mr. Ulrich's sentencing due to the COVID-19 pandemic and the inability to conduct in-person sentencing hearings. The sentencing is presently scheduled for June 25, 2020 at 11:00 a.m.. I have been in communication with Assistant United States Attorney Eli Marks and he has consented to this request.

    Thank you for your consideration.

                          Respectfully submitted,

                          *Michael K. Burke*

                          Michael K. Burke

MKB: sg

GRANTED.  The sentencing scheduled for June 25, 2020 is ADJOURNED to **July 22, 2020**, at **2:00 p.m.**  Defendant's sentencing submission is due two weeks prior to sentencing, and the Government's submission is due one week prior to sentencing.

By **July 1, 2020**, the parties shall submit a joint letter stating whether Defendant wishes to waive his in-person appearance at sentencing and whether the parties consent to conducting the sentencing by telephone or video conference.

SO ORDERED.

Dated: June 9, 2020
       New York, New York

                                                **ANALISA TORRES**
                                               United States District Judge