

## HODGES WALSH & BURKE, LLP
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

July 9, 2020

VIA ECF

The Honorable AnaLisa Torres
United States District Judge
Federal Building and United States Courthouse
500 Pearl St.
White Plains, New York 10601

Re: *United States v. John Ulrich*, 19 CR 107

Dear Judge Torres:

I am counsel for John Ulrich in the above-referenced matter. Mr. Ulrich is scheduled to be sentenced on July 22, 2020 before your Honor.

I am respectfully requesting that I be permitted to file a sentencing memorandum by tomorrow close of business. I apologize for my delay in my request, I was out of town on vacation visiting my wife's parents and returned late last night. I have been in communication with Assistant United States Attorney Eli Mark and he does not object to my request, but asks that if my request is granted that the government be permitted to submit its sentencing submission on July 17, 2020.

Thank you for your consideration.

Very truly yours,

Michael K. Burke

Cc: AUSA Eli Mark by ECF and e mail.