UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JOHN ULRICH,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/12/2021_____
```

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant's pro se filings concerning an extension of Defendant's

surrender date to the Bureau of Prisons, currently scheduled for April 15, 2021.  By **April 13, 2021**,

defense counsel is directed to re-file this request on his client's behalf.

SO ORDERED.

Dated: April 12, 2021
        New York, New York

_____
        ANALISA TORRES
     United States District Judge