```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/14/2021____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

JOHN ULRICH,

                Defendant.

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the filings at ECF Nos. 62, 64, 66–67.  Accordingly, Defendant's request is GRANTED.  By **October 15, 2021**, Defendant shall surrender to the Bureau of Prisons.

The Clerk of Court is directed to terminate the motions at ECF Nos. 62 and 67.

SO ORDERED.

Dated: April 14, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge