```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/6/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

JOHN ULRICH,

                Defendant.

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of defense counsel's letter, filed October 4, 2021, seeking to be relieved as counsel on grounds that "all communications have now broken down" between him and the Defendant. ECF No. 70. Accordingly, on **October 25, 2021**, at **12:00 p.m.**, the Court shall hold a substitution of counsel hearing in this matter using the Court's dedicated conference line. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 7 (S.D.N.Y. Sept. 15, 2021) (finding that the COVID-19 pandemic "make[s] it increasingly necessary for judges in this District to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via telephone. <u>The Government need not attend</u>.

    Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    Further, Mr. Ulrich's surrender date of October 15, 2021, is ADJOURNED to **October 29, 2021**, to allow time for the hearing to proceed.

    SO ORDERED.

Dated: October 6, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge