USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __10/25/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

JOHN ULRICH,

                Defendant.

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The substitution of counsel hearing scheduled for October 25, 2021, is ADJOURNED to **October 27, 2021,** at **11:00 a.m.**, and shall proceed via videoconference. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 7 (S.D.N.Y. Sept. 15, 2021) (finding that the COVID-19 pandemic "make[s] it increasingly necessary for judges in this District to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via Microsoft Teams. The Government need not attend.

    Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: October 25, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge