

**U.S. Department of Justice**

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2021__

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 5, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. John Ulrich*,
            19 Cr. 107 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter in response to defense counsel's request earlier today to be relieved because "Mr. Ulrich has again filed *pro se* filings on his own behalf and without my knowledge." (Dkt. No. 70). The Government is unaware of what the referenced filings contain as they have not been docketed publicly on PACER and we are, therefore, unable to respond to them. The Government requests that defense counsel promptly file these materials by ECF, so they are publicly available and in order to permit the Government an opportunity to file a response, if any, to them.

                        Respectfully submitted,

On October 25, 2021, the Court informed Defendant that because he is represented by counsel, the Court would not accept *pro se* filings from him. The Court further directed defense counsel to review Defendant's filings and, if appropriate, file any requests or motions, at which time, the Government will be given an opportunity to respond. As the Court did not accept, and will not consider or review Defendant's *pro se* filings, the Court will not direct them to be filed on the public docket at this time. Accordingly, the Government's request is DENIED. The Clerk of Court is directed to terminate the motion pending at ECF No. 71.

SO ORDERED.

Dated: November 4, 2021
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge