```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JOHN ULRICH,

                      Defendant.

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's request to further postpone his surrender date, dated November 19, 2021.  ECF No. 78.  The request is DENIED.  Defendant shall surrender to the Bureau of Prisons by **December 3, 2021**, as previously directed by the Court.  Dkt. Entry 10/27/2021.

    SO ORDERED.

Dated: November 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge