USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOHN ULRICH,

                Defendant.

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a conference on Defendant's request to extend his surrender date on **December 2, 2021**, at **2:00 p.m.**  The conference shall proceed via videoconference.  *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 7 (S.D.N.Y. Sept. 15, 2021) (finding that the COVID-19 pandemic "make[s] it increasingly necessary for judges in this District to conduct proceedings remotely.").  Chambers will provide the parties with instructions on how to appear via Microsoft Teams.

    Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: December 1, 2021
       New York, New York

ANALISA TORRES
United States District Judge