```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/2/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

JOHN ULRICH,

                      Defendant.

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for December 2, 2021, at 2:00 p.m., is ADJOURNED to **December 2, 2021**, at **8:00 p.m.**  The conference shall proceed via videoconference.  *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 7 (S.D.N.Y. Sept. 15, 2021) (finding that the COVID-19 pandemic "make[s] it increasingly necessary for judges in this District to conduct proceedings remotely.").  Chambers will provide the parties with instructions on how to appear via Microsoft Teams.

    The Court has reviewed Defendant's motion to seal the conference, at ECF No. 87.  Given that the conference involves discussion of Defendant's medical history and other sensitive information, the Court finds that the privacy issues at stake outweigh the public's interest in access to the proceeding.  *E.g.*, *Dawson v. Merck & Co., Inc.*, No. 12 Civ. 1876, 2021 WL 242148, at *8 (E.D.N.Y. Jan. 24, 2021).  Accordingly, the conference and the subsequent transcript of the proceeding shall be SEALED.

    The Clerk of Court is directed to STRIKE the docket entry at ECF No. 86.

    SO ORDERED.

Dated:  December 2, 2021
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge