UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JOHN ULRICH,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/8/2021___

19 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 29, 2020, this Court sentenced Defendant John Ulrich to eighteen months' imprisonment. ECF No. 54. Defendant has subsequently made multiple requests to extend his surrender date, *see, e.g.*, ECF Nos. 60, 62, 67. On November 19, 2021, Defendant once again requested an extension of his surrender date, which the Court denied on November 22, 2021. ECF Nos. 78, 80. On November 24, 2021, Defendant renewed his request to extend his surrender date on grounds that he was recovering from surgery and would require significant post-operative care and treatment. ECF Nos. 82, 83.

    On December 2, 2021, the Court held a conference to address Defendant's renewed request to extend his surrender date, and stayed Defendant's surrender date, until such date as the Government confirmed that Defendant would be able to receive the level of medical care and follow-up treatment he is entitled to receive while incarcerated. On December 8, 2021, the Government provided a letter to the Court under seal confirming that the specific follow-up care Defendant has been prescribed is easily available within Bureau of Prisons facilities, including the facility where Defendant has been designated.

    The Court, accordingly, finds there are no impediments to Mr. Ulrich's immediate surrender to the Bureau of Prisons. Accordingly, by **December 10, 2021**, at **10:00 a.m.**, Mr. Ulrich shall surrender to the United States Marshal for this district, as directed by the Court's Judgment dated July 29, 2020.

    SO ORDERED.

Dated: December 8, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge